

**Worldwide Fun Ltd.**
*For all correspondence: Write in care of:*
**Smiling Albino Ltd.**
55,57 Ramkamhaeng Road Soi 24 Yeak 34,
Huamark, Bangkapi
Bangkok 10240 Thailand

*INVOICE# Multiples*

| **Bill to:** |
| --- |
| Absolute Travel |
| 90 Broad Street |
| Suite 1706 |
| New York, |
| New York 10004 |

| Date | Terms | Due Date | Trip Code |
| --- | --- | --- | --- |
| July 15, 2016 | Due On Receipt | July 15, 2016 | Multiples |

| Item: | Description | Qty | Price | Amount |
| --- | --- | --- | --- | --- |
| Final Payment | Absolute Travel Booking # P16056114<br>Guests: Ms. Lauren Segal & Mr. Michael Donohue (2 pax)<br>Dates: May 30 – June 7, 2016<br><br>Total Cost: $9,480USD<br><br>**Partial Payment: 3,319 USD** | 1.00 | 9,480.00 | $9,480.00 |
| Final Payment | Absolute Travel Booking # P16056249<br>Guests: Mr.Derrick Marcus Lott and Ms.Tamara Beth Miller (2 pax)<br>Dates: June 1 - 10, 2016<br>Total Cost: $8,861USD | 1.00 | 8,861.00 | $8,861.00 |
| Final Payment | Absolute Travel Booking #P16056423<br>Guests: William Fuessler and Family (6 pax)<br>Dates: May 25 – June 4, 2016<br>Total Cost: $15,015USD | 1.00 | 15,015.00 | $15,015.00 |
| Final Payment | Absolute Travel Booking #P16056452<br>Guests: Mr. Pedro Picón and Ms. Naomi Rayfield (2 pax)<br>Dates: May 26 – June 2, 2016<br>Total Cost: $8,140USD | 1.00 | $8,140.00 | $8,140.00 |
| Final Payment | Absolute Travel Booking #P16066487<br>Guests: Ms. Amy O'Keefe and Morgan Elaine Spencer  (2 pax)<br>Dates: June 9 - 22, 2016<br>Total Cost: $14,710USD | 1.00 | $14,710.00 | $14,710.00 |

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000220

| Final Payment | Absolute Travel Booking #P16066653<br>Guests: The Hass Family (4 pax)<br><br>Dates: June 10 - 28, 2016<br>Total Cost: $28,452USD | 1.00 | $28,452.00 | $28,452.00 |
|---|---|---|---|---|
| Final Payment | Absolute Travel Booking PATERSON<br>Guests: The Paterson Family (4 pax)<br>Dates: June 13 - 16, 2016<br>Total Cost: $5,970USD | 1.00 | $5,970.00 | $5,970.00 |

Thank you for allowing us to create your adventure of a lifetime!

|  |  |
|---|---|
| **Sub Total:** | **$90,628.00** |
| Total: | **$90,628.00** |
| Payment Made: | (-) 0.00 |
| Credits Applied: | (-) 0.00 |
| **Balance Due:** | **$90,628.00** |

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000221

**Terms & Conditions**
**Payment**: 100% of Absolute Travel bookings must be paid by the end of each month that the trip occurs.


**Cancellations**
The following cancellation fees will apply:

Cancellation requests received 61 days or more prior to adventure start date, the Cancellation Fee is 10% of total trip price

Cancellation requests received 32 to 60 days prior to adventure start date, the Cancellation Fee is 25% of total trip price

Cancellation requests received 31 to 16 days or less prior to start date, the Cancellation Fee is 50% of trip price

Cancellation requests received 15 days or less prior to start date, the Cancellation Fee is 100% of trip price

NOTE: The terms above do not account for certain hotel policies which are beyond our control. Additionally peak season bookings between December 15 - January 15 cannot be guaranteed to follow the refund conditions as above due to non-refundable hotels, flights, etc.

**\*7% VAT of trip or deposit total is non-refundable**
*Note: Smiling Albino is always happy to reschedule a client's adventure date if needed. In fact, we prefer to reschedule for another trip date than entirely cancel the vacation.*

Unused Services: There are no refunds for unused services. Discounts cannot be given if the guest requests changes in program once deposit has been paid. Ex: missing a day of a multi-day trip does not result in a partial refund once the trip has been booked and initial deposit paid.


I, _____ (print name) hereby acknowledge, understand in full, and accept all of the above Payment Terms.


Here is the bank transfer information you'll need to our account in Hong Kong for the deposit:

Worldwide Fun Ltd.
Account number: ███████4-838
Beneficiary Bank Name: HSBC Hong Kong
Beneficiary Bank Address: 1 Queen's Road Central, Hong Kong
Beneficiary Bank Code: 004 (for local payment)
SWIFT Address: HSBCHKHHHKH

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000222

**Worldwide Fun Ltd.**
*For all correspondence: Write in care of:*
**Smiling Albino Ltd.**
55,57 Ramkamhaeng Road Soi 24 Yeak 34,
Huamark, Bangkapi
Bangkok 10240 Thailand



*INVOICE# Multiples*

| Bill to: |
|---|
| Absolute Travel |
| 90 Broad Street |
| Suite 1706 |
| New York, |
| New York 10004 |

| Date | Terms | Due Date | Trip Code |
|---|---|---|---|
| February 15, 2017 | Due On Receipt | February 28, 2017 | Multiples |

| Item: | Description | Qty | Price | Amount |
|---|---|---|---|---|
| Final Payment | Absolute Travel Booking JURDEN<br>Guests: Ms.Juliana Riss Jurden,<br>Ms.Leonard Wells Jurden, Mr.Nicholas<br>Roland Jurden, Ms.Madelein Drake Jurden<br>(4 pax)<br>Dates: January 11-22, 2017<br>Total Cost: $19,390USD<br>Total amount due: $719,390USD | 1.0 | $19,390.00 | $19,390.00 |
| Final Payment | Absolute Travel Booking MILLER<br>Guests: Ms. Terri Miller and Mr. Andrew<br>Miller (2 pax)<br>Dates: February 22, 2017 to March 7, 2017<br>Total Cost: $13,520USD<br>Total amount due: $13,520USD | 1.0 | $13,520.00 | $13,520.00 |
| Final Payment | Absolute Travel Booking MINDWARE<br>Guests: Ms. Terri Miller and Mr. Andrew<br>Miller (2 pax)<br>Dates: January 6-12, 2017<br>Total Cost: $12,915USD<br>Total amount due: $12,915USD | 1.0 | $12,915.00 | $12,915.00 |

|  | Sub Total: | $45,825.00 |
|---|---|---|

Thank you for allowing us to create your adventure of a lifetime!

|  | Total: | $45,825.00 |
|---|---|---|
|  | Payment Made: | (-) 0.00 |

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000223

**Total PayPal Fee from November 2016 – January 2017** :     (+) 4,813.23

**Service Fee:**     (+)687.38

**Balance Due:**     **$51,325.61**

**Terms & Conditions**
**Payment**: 100% of Absolute Travel bookings must be paid by the end of each month that the trip occurs.

**Cancellations**
The following cancellation fees will apply:

Cancellation requests received 61 days or more prior to adventure start date, the Cancellation Fee is 10% of total trip price

Cancellation requests received 32 to 60 days prior to adventure start date, the Cancellation Fee is 25% of total trip price

Cancellation requests received 31 to 16 days or less prior to start date, the Cancellation Fee is 50% of trip price

Cancellation requests received 15 days or less prior to start date, the Cancellation Fee is 100% of trip price

NOTE: The terms above do not account for certain hotel policies which are beyond our control. Additionally peak season bookings between December 15 - January 15 cannot be guaranteed to follow the refund conditions as above due to non-refundable hotels, flights, etc.

**\*7% VAT of trip or deposit total is non-refundable**
*Note: Smiling Albino is always happy to reschedule a client's adventure date if needed. In fact, we prefer to reschedule for another trip date than entirely cancel the vacation.*

Unused Services: There are no refunds for unused services. Discounts cannot be given if the guest requests changes in program once deposit has been paid. Ex: missing a day of a multi-day trip does not result in a partial refund once the trip has been booked and initial deposit paid.

I, _____ (print name) hereby acknowledge, understand in full, and accept all of the above Payment Terms.

Here is the bank transfer information you'll need to our account in Hong Kong for the deposit:

Worldwide Fun Ltd.
Account number: ██████████-838
Beneficiary Bank Name: HSBC Hong Kong
Beneficiary Bank Address: 1 Queen's Road Central, Hong Kong
Beneficiary Bank Code: 004 (for local payment)
SWIFT Address: HSBCHKHHHKH

**Worldwide Fun Ltd.**
*For all correspondence: Write in care of:*
**Smiling Albino Ltd.**
55,57 Ramkamhaeng Road Soi 24 Yeak 34,
Huamark, Bangkapi
Bangkok 10240 Thailand



*INVOICE# Multiples*

| Bill to: |
|---|
| Absolute Travel |
| 90 Broad Street |
| Suite 1706 |
| New York, |
| New York 10004 |

| Date | Terms | Due Date | Trip Code |
|---|---|---|---|
| May 6, 2016 | Due On Receipt | May 15, 2016 | Multiples |

| Item: | Description | Qty | Price | Amount |
|---|---|---|---|---|
| Final Payment | Absolute Travel Booking P16026461<br>Guests: Ms. Kendalle Getty (1 pax)<br>Dates: February 27 – April 16, 2016<br><br>Total Cost: $77,759USD<br><br>*Deposit Requested in February Monthly Invoice: $60,000USD (still pending)*<br><br>Remaining balance: $17,759USD | 1.00 | 17,759.00 | $17,759.00 |
| Final Payment | Absolute Travel Booking # P16036119<br>Guests: Ms.Annie Peiser and Mr.Larne Adedokun (2 pax)<br>Dates: April 22 - 23, 2016<br>Total Cost: $570USD | 1.00 | 570.00 | $570.00 |
| Final Payment | Absolute Travel Booking # P16036411<br>Guests: The Pohly Family (4 pax)<br>Dates: March 21 – April 3, 2016<br>Total Cost: $49,370USD<br><br>Additional cost for High Tea at Tree Pod Dining at $490USD<br>Grand Total: $49,860USD | 1.00 | 49,860.00 | $49,860.00 |
| Final Payment | Absolute Travel Booking # P16046483<br>Guests: Ms. Ashley Michele Page and Mr. Justin Lloyd Page (2 pax)<br>Dates: April 9 – 16, 2016<br>Total Cost: $7,250USD | 1.00 | 7,250.00 | $7,250.00 |
|  |  |  |  |  |

| Final Payment | Absolute Travel Booking #P16046508<br>Guests: Mr. Ryan Sugrue and Mrs. Bonnie Sugrue (2 pax)<br>Dates: April 6 – 15,, 2016<br>Total Cost: $2,080USD<br><br>Additional Cost for Birthday surprise: $100USD<br><br>Grand Total: $2,180USD | 1.00 | 2,180.00 | $2,180.00 |

*Thank you for allowing us to create your adventure of a lifetime!*

| | |
|---|---|
| **Sub Total:** | **$77,619.00** |
| Total: | $77,619.00 |
| Payment Made: | (-) 0.00 |
| Credits Applied: | (-) 0.00 |
| **Balance Due:** | **$77,619.00** |

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000227

**Terms & Conditions**
**Payment**: 100% of Absolute Travel bookings must be paid by the end of each month that the trip occurs.

**Cancellations**
The following cancellation fees will apply:

Cancellation requests received 61 days or more prior to adventure start date, the Cancellation Fee is 10% of total trip price

Cancellation requests received 32 to 60 days prior to adventure start date, the Cancellation Fee is 25% of total trip price

Cancellation requests received 31 to 16 days or less prior to start date, the Cancellation Fee is 50% of trip price

Cancellation requests received 15 days or less prior to start date, the Cancellation Fee is 100% of trip price

NOTE: The terms above do not account for certain hotel policies which are beyond our control. Additionally peak season bookings between December 15 - January 15 cannot be guaranteed to follow the refund conditions as above due to non-refundable hotels, flights, etc.

**\*7% VAT of trip or deposit total is non-refundable**
*Note: Smiling Albino is always happy to reschedule a client's adventure date if needed. In fact, we prefer to reschedule for another trip date than entirely cancel the vacation.*

Unused Services: There are no refunds for unused services. Discounts cannot be given if the guest requests changes in program once deposit has been paid. Ex: missing a day of a multi-day trip does not result in a partial refund once the trip has been booked and initial deposit paid.


I, _____ (print name) hereby acknowledge, understand in full, and accept all of the above Payment Terms.


Here is the bank transfer information you'll need to our account in Hong Kong for the deposit:

Worldwide Fun Ltd.
Account number: 0▮▮▮▮▮▮4-838
Beneficiary Bank Name: HSBC Hong Kong
Beneficiary Bank Address: 1 Queen's Road Central, Hong Kong
Beneficiary Bank Code: 004 (for local payment)
SWIFT Address: HSBCHKHHHKH

**Worldwide Fun Ltd.**
*For all correspondence: Write in care of:*
**Smiling Albino Ltd.**
55,57 Ramkamhaeng Road Soi 24 Yeak 34,
Huamark, Bangkapi
Bangkok 10240 Thailand

*INVOICE# Multiples*



| Bill to: |
|---|
| Absolute Travel |
| 90 Broad Street |
| Suite 1706 |
| New York, |
| New York 10004 |

| Date | Terms | Due Date | Trip Code |
|---|---|---|---|
| September 15, 2016 | Due On Receipt | September 20, 2016 | Multiples |

| Item: | Description | Qty | Price | Amount |
|---|---|---|---|---|
| Final Payment | Absolute Travel Booking # P16076549<br>Guests: Mr.Thomas Montelli and Ms. Kelsey Myers (2 pax)<br>Dates: August 6 - 13, 2016<br><br>Total Cost: $6,029USD | 1.00 | 6,029.00 | $6,029.00 |
| Final Payment | Absolute Travel Booking # FAM for Matt<br>Guests: Mr.Matthew LaPolice and Mr.Santiago Casanova (2 pax)<br>Dates: August 16 - 17, 2016<br>Total Cost: $320,USD | 1.00 | 320.00 | $320.00 |

Thank you for allowing us to create your adventure of a lifetime!

| | |
|---|---|
| **Sub Total:** | **$6,349.00** |
| Total: | **$6,349.00** |
| Payment Made: | (-) 0.00 |
| Credits Applied: | (-) 0.00 |
| Service Fee: | (+) 96.00 |
| **Balance Due:** | **$6,445.00** |

**Terms & Conditions**
**Payment**: 100% of Absolute Travel bookings must be paid by the end of each month that the trip occurs.


**Cancellations**
The following cancellation fees will apply:

Cancellation requests received 61 days or more prior to adventure start date, the Cancellation Fee is 10% of total trip price

Cancellation requests received 32 to 60 days prior to adventure start date, the Cancellation Fee is 25% of total trip price

Cancellation requests received 31 to 16 days or less prior to start date, the Cancellation Fee is 50% of trip price

Cancellation requests received 15 days or less prior to start date, the Cancellation Fee is 100% of trip price

NOTE: The terms above do not account for certain hotel policies which are beyond our control. Additionally peak season bookings between December 15 - January 15 cannot be guaranteed to follow the refund conditions as above due to non-refundable hotels, flights, etc.

**\*7% VAT of trip or deposit total is non-refundable**
*Note: Smiling Albino is always happy to reschedule a client's adventure date if needed. In fact, we prefer to reschedule for another trip date than entirely cancel the vacation.*

Unused Services: There are no refunds for unused services. Discounts cannot be given if the guest requests changes in program once deposit has been paid. Ex: missing a day of a multi-day trip does not result in a partial refund once the trip has been booked and initial deposit paid.


I, _____ (print name) hereby acknowledge, understand in full, and accept all of the above Payment Terms.


Here is the bank transfer information you'll need to our account in Hong Kong for the deposit:

Worldwide Fun Ltd.
Account number: 0███████4-838
Beneficiary Bank Name: HSBC Hong Kong
Beneficiary Bank Address: 1 Queen's Road Central, Hong Kong
Beneficiary Bank Code: 004 (for local payment)
SWIFT Address: HSBCHKHHHKH

**Worldwide Fun Ltd.**
*For all correspondence: Write in care of:*
**Smiling Albino Ltd.**
55,57 Ramkamhaeng Road Soi 24 Yeak 34,
Huamark, Bangkapi
Bangkok 10240 Thailand



*INVOICE# Multiples*

| Bill to: |
|---|
| Absolute Travel |
| 90 Broad Street |
| Suite 1706 |
| New York, |
| New York 10004 |

| Date | Terms | Due Date | Trip Code |
|---|---|---|---|
| January 11, 2016 | Due On Receipt | January 20, 2016 | Multiples |

| Item: | Description | Qty | Price | Amount |
|---|---|---|---|---|
| Final Payment | Absolute Travel Booking # P15115623<br>Guests: Mr. Clinton and Mrs. Jennifer Hermes (2 pax)<br>Dates: November 27 – December 3, 2015<br>Total Cost: $2,630USD | 1.00 | 2,630.00 | $2,630.00 |
| Final Payment | Absolute Travel Booking # P15115944<br>Guests: Mr. Michael Kinsella & Mr. Matthew Woebcke (2 pax)<br>Dates: December 2 - 10, 2015<br>Total Cost: $7,630USD | 1.00 | 7,630.00 | $7,630.00 |
| Final Payment | Absolute Travel Booking #P15116100<br>Guests: Ms. Katherine Glaser and Mr. Scott Cerreta (2 pax)<br>Dates: November 22 – December 5, 2015<br>Total Cost: $7,120USD | 1.00 | 7,120.00 | $7,120.00 |
| Final Payment | Absolute Travel Booking BELFER<br>Guests: The Belfer Family (5 pax)<br>Dates: December 20, 2015 – January 1, 2016<br>Total Cost: $72,490USD<br><br>Remarks:<br>• This amount includes August statement 43,884 USD<br>• Therefore, total amount for January statement is $28,606 USD | 1.00 | $28,606.00 | $28,606.00 |

Thank you for allowing us to create your adventure of a lifetime!

| | |
|---|---|
| **Sub Total:** | **$45,986.00** |
| Total: | $45,986.00 |
| Overdue Payment for September Statement | $43,884.00 |
| Overdue Payment for November Statement | $20,688.00 |
| Overdue Payment for December Statement | $22,006.00 |
| Overdue Payment for Adam Vaught (February statement) | $215.00 |
| Overdue Payment for Adrian Selby (May Statement) | $9,160.00 |
| Payment Made: | (-) 0.00 |
| Credits Applied: | (-) 0.00 |
| **Balance Due:** | **$141,939.00** |

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000232

**Terms & Conditions**
**Payment**: 100% of Absolute Travel bookings must be paid by the end of each month that the trip occurs.


**Cancellations**
The following cancellation fees will apply:

Cancellation requests received 61 days or more prior to adventure start date, the Cancellation Fee is 10% of total trip price

Cancellation requests received 32 to 60 days prior to adventure start date, the Cancellation Fee is 25% of total trip price

Cancellation requests received 31 to 16 days or less prior to start date, the Cancellation Fee is 50% of trip price

Cancellation requests received 15 days or less prior to start date, the Cancellation Fee is 100% of trip price

<u>NOTE</u>: The terms above do not account for certain hotel policies which are beyond our control. Additionally peak season bookings between December 15 - January 15 cannot be guaranteed to follow the refund conditions as above due to non-refundable hotels, flights, etc.

**\*7% VAT of trip or deposit total is non-refundable**
*Note: Smiling Albino is always happy to reschedule a client's adventure date if needed. In fact, we prefer to reschedule for another trip date than entirely cancel the vacation.*

Unused Services: There are no refunds for unused services. Discounts cannot be given if the guest requests changes in program once deposit has been paid. Ex: missing a day of a multi-day trip does not result in a partial refund once the trip has been booked and initial deposit paid.


I, _____ (print name) hereby acknowledge, understand in full, and accept all of the above Payment Terms.


Here is the bank transfer information you'll need to our account in Hong Kong for the deposit:

Worldwide Fun Ltd.
Account number: ██████4-838
Beneficiary Bank Name: HSBC Hong Kong
Beneficiary Bank Address: 1 Queen's Road Central, Hong Kong
Beneficiary Bank Code: 004 (for local payment)
SWIFT Address: HSBCHKHHHKH

**Worldwide Fun Ltd.**
*For all correspondence: Write in care of:*
**Smiling Albino Ltd.**
55,57 Ramkamhaeng Road Soi 24 Yeak 34,
Huamark, Bangkapi
Bangkok 10240 Thailand


*INVOICE# Multiples*



| Bill to: |
| --- |
| Absolute Travel |
| 90 Broad Street |
| Suite 1706 |
| New York, |
| New York 10004 |

| Date | Terms | Due Date | Trip Code |
| --- | --- | --- | --- |
| January 23, 2017 | Due On Receipt | January 31, 2017 | Multiples |

| Item: | Description | Qty | Price | Amount |
| --- | --- | --- | --- | --- |
| Final Payment | Absolute Travel Booking CARROLL<br>Guests: Mr. Matthew Joseph Carroll Jr. and Ms.Kristen Kyuri Choi (2 pax)<br>Dates: December 6 – 14 and 17 – 18, 2016<br>Total Cost: $15,780USD<br>Advance Payment received at $7,890USD<br>Total amount due: $8,260USD | 1.00 | 8,260.00 | $8,260.00 |
| Final Payment | Absolute Travel Booking GALLAGHER<br>Guests: The Gallagher Family (4 pax)<br>Dates: December 19 - 25, 2016<br>Total Cost: $15,842USD<br>Advance Payment received at  $7,925USD<br>Total amount due: $8,227USD | 1.00 | 8,227.00 | $8,227.00 |
| Final Payment | Absolute Travel Booking BINDER<br>Guests: The Binder Family (4 pax)<br>Dates: December 22 – 28, 2016<br>Total Cost: $12,915USD<br>Advance Payment received at $6,460USD<br>Total amount due: $6,455USD | 1.00 | $6,455.00 | $6,455.00 |
| Final Payment | Absolute Travel Booking PENN<br>Guests: Mr. Jonathan B Penn and Mrs. Linda Amy Penn (2 pax)<br>Dates:  December 19 - 30, 2016<br>Total Cost: $4,850USD<br>Advance Payment received at $2,425USD<br>Total amount due: $2,465USD | 1.00 | $2,465.00 | $2,465.00 |

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000234

| Final Payment | Absolute Travel Booking RUBLER<br>Guests: The Rubler Family (4 pax)<br><br>Dates: December 18 - 29, 2016<br>Total Cost: $64,775USD<br>Advance Payment received at<br>$62,282.66USD<br>Total amount due: $3,832.34USD | 1.00 | $33,725.00 | $33,725.00 |
|---|---|---|---|---|
| Final Payment | Absolute Travel Booking CONNOR<br>Guests: Mr.Christopher J Connor and<br>Ms.Kimberly Lynn Fugok (2 pax)<br>Dates: December 20 – 31, 2016<br>Total Cost: $8,590USD<br>Advance Payment received at $4,295USD<br>Total amount due: $4,295USD | 1.00 | $4,295.00 | $4,295.00 |
| Final Payment | Absolute Travel Booking SEGAL<br>Guests: The Segal and The Willenborg<br>couple (4 pax)<br>Dates: January 4 – 11 and 22- 23, 2017<br>Total Cost: $12,550USD<br>Advance Payment received at $6,275USD<br>Total amount due: $6,275USD | 1.00 | $6,275.00 | $6,275.00 |
| Final Payment | Absolute Travel Booking P16116973<br>Guests: Mr. Bobby Cole Martin Jr and Ms.<br>Jennifer Marie Kinon (2 pax)<br>Dates: November 22 – December 3, 2016<br>Total Cost: $7,560USD | 1.00 | $7,560.00 | $7,560.00 |
| Final Payment | Absolute Travel Booking P16128983<br>Guests: Ms.Adeline Ann and Ms.Nikia<br>Morales (2 pax)<br>Dates: December 13 – 22, 2016<br>Total Cost: $2,760USD | 1.00 | $2,760.00 | $2,760.00 |

Thank you for allowing us to create your adventure of a lifetime!

| | |
|---|---|
| **Sub Total:** | **$80,022.00** |
| Total: | $80,022.00 |
| Payment Made: | (-) 0.00 |
| Credits Applied: | (-) 0.00 |
| Service Fee: | (+)2,215.23 |
| **Balance Due:** | **$82,237.23** |

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000235

**Terms & Conditions**
**Payment**: 100% of Absolute Travel bookings must be paid by the end of each month that the trip occurs.

**Cancellations**
The following cancellation fees will apply:

Cancellation requests received 61 days or more prior to adventure start date, the Cancellation Fee is 10% of total trip price

Cancellation requests received 32 to 60 days prior to adventure start date, the Cancellation Fee is 25% of total trip price

Cancellation requests received 31 to 16 days or less prior to start date, the Cancellation Fee is 50% of trip price

Cancellation requests received 15 days or less prior to start date, the Cancellation Fee is 100% of trip price

NOTE: The terms above do not account for certain hotel policies which are beyond our control. Additionally peak season bookings between December 15 - January 15 cannot be guaranteed to follow the refund conditions as above due to non-refundable hotels, flights, etc.

**\*7% VAT of trip or deposit total is non-refundable**
*Note: Smiling Albino is always happy to reschedule a client's adventure date if needed. In fact, we prefer to reschedule for another trip date than entirely cancel the vacation.*

Unused Services: There are no refunds for unused services. Discounts cannot be given if the guest requests changes in program once deposit has been paid. Ex: missing a day of a multi-day trip does not result in a partial refund once the trip has been booked and initial deposit paid.

I, _____ (print name) hereby acknowledge, understand in full, and accept all of the above Payment Terms.

Here is the bank transfer information you'll need to our account in Hong Kong for the deposit:

Worldwide Fun Ltd.
Account number: 0███████4-838
Beneficiary Bank Name: HSBC Hong Kong
Beneficiary Bank Address: 1 Queen's Road Central, Hong Kong
Beneficiary Bank Code: 004 (for local payment)
SWIFT Address: HSBCHKHHHKH



**Worldwide Fun Ltd.**
*For all correspondence: Write in care of:*
**Smiling Albino Ltd.**
55,57 Ramkamhaeng Road Soi 24 Yeak 34,
Huamark, Bangkapi
Bangkok 10240 Thailand

*INVOICE# Multiples*

| Bill to: |
| --- |
| Absolute Travel |
| 90 Broad Street |
| Suite 1706 |
| New York, |
| New York 10004 |

| Date | Terms | Due Date | Trip Code |
| --- | --- | --- | --- |
| March 2, 2016 | Due On Receipt | March 15, 2016 | Multiples |

| Item: | Description | Qty | Price | Amount |
| --- | --- | --- | --- | --- |
| Final Payment | Absolute Travel Booking # P16026213<br>Guests: Mr. Shaun and Ms. Latoya Monique Asbury (2 pax)<br>Dates: February 6 - 16, 2016<br><br>Total Cost: $9,341USD | 1.00 | 9,341.00 | $9,341.00 |
| Final Payment | Absolute Travel Booking # P16026216<br>Guests: Mr. Joshua Dean Shofner and Ms. Meagan Suzanne Spencer (2 pax)<br>Dates: February 2 - 14, 2016<br>Total Cost: $15,070USD | 1.00 | 15,070.00 | $15,070.00 |
| Final Payment | Absolute Travel Booking #P16026237<br>Guests: The Gosler Family (4 pax)<br>Dates: February 13 - 22, 2016<br>Total Cost: $19,689USD | 1.00 | 19,689.00 | $19,689.00 |
| Final Payment | Absolute Travel Booking #P16016261<br>Guests: Ms. Tracy Michele Preston (1 pax)<br>Dates: February 6 - 11, 2016<br>Total Cost: $3,465USD | 1.00 | $3,465.00 | $3,465.00 |
| Final Payment | Absolute Travel Booking #P16026385<br>Guests: Mr. Melvyn and Mrs. Nettie Weiner (2 pax)<br>Dates:  February 1 – 3, 2016<br>Total Cost: $1,550USD | 1.00 | $1,550.00 | $1,550.00 |
| Final Payment | Absolute Travel Booking PICARD<br>Guests: Mrs. Barbara Ann Dovidas and Mr. Mark Roland Picard (2 pax)<br>Dates: February 6 - 18, 2016<br>Total Cost: $10,850USD | 1.00 | $10,850.00 | $10,850.00 |

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000237

| | | | | |
|---|---|---|---|---|
| Final Payment | Absolute Travel Booking HOFFMAN<br>Guests: Ms.Sally Hoffman (1 pax)<br>Dates: February 10 - 11, 2016<br>Total Cost: $520USD | 1.00 | $520.00 | $520.00 |
| Final Payment | Fast track service in Bangkok<br>Guests: Kathryn & Mandy Patinkin (2 pax)<br>Date: February 10, 2016 | 1.00 | $160.00 | $160.00 |
| Final Payment | Absolute Travel Booking FAM - OVERTON<br>Guests: Mrs.Leslie Overton and Family (5 pax)<br>Dates: February 10 - 19, 2016<br>Total Cost: $1,915USD | 1.00 | $1,915.00 | $1,915.00 |
| Advance Payment | Absolute Travel Booking P16026461<br>Guests: Ms. Kendalle Getty (1 pax)<br>Dates: February 27 – March 13, 2016<br>Total Cost: $63,750USD<br>Deposit Request: $60,000USD<br><br>Remaining balance $3,750USD will be added to March statement. | 1.00 | $60,000.00 | $60,000.00 |

Thank you for allowing us to create your adventure of a lifetime!

| | |
|---|---|
| **Sub Total:** | **$122,560.00** |
| Total: | $122,560.00 |
| Payment Made: | (-) 0.00 |
| Credits Applied: | (-) 0.00 |
| **Balance Due:** | **$122,560.00** |

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000238

**Terms & Conditions**
**Payment**: 100% of Absolute Travel bookings must be paid by the end of each month that the trip occurs.

**Cancellations**
The following cancellation fees will apply:

Cancellation requests received 61 days or more prior to adventure start date, the Cancellation Fee is 10% of total trip price

Cancellation requests received 32 to 60 days prior to adventure start date, the Cancellation Fee is 25% of total trip price

Cancellation requests received 31 to 16 days or less prior to start date, the Cancellation Fee is 50% of trip price

Cancellation requests received 15 days or less prior to start date, the Cancellation Fee is 100% of trip price

NOTE: The terms above do not account for certain hotel policies which are beyond our control. Additionally peak season bookings between December 15 - January 15 cannot be guaranteed to follow the refund conditions as above due to non-refundable hotels, flights, etc.

**\*7% VAT of trip or deposit total is non-refundable**
*Note: Smiling Albino is always happy to reschedule a client's adventure date if needed. In fact, we prefer to reschedule for another trip date than entirely cancel the vacation.*

Unused Services: There are no refunds for unused services. Discounts cannot be given if the guest requests changes in program once deposit has been paid. Ex: missing a day of a multi-day trip does not result in a partial refund once the trip has been booked and initial deposit paid.

I, _____ (print name) hereby acknowledge, understand in full, and accept all of the above Payment Terms.

Here is the bank transfer information you'll need to our account in Hong Kong for the deposit:

Worldwide Fun Ltd.
Account number: ██████4-838
Beneficiary Bank Name: HSBC Hong Kong
Beneficiary Bank Address: 1 Queen's Road Central, Hong Kong
Beneficiary Bank Code: 004 (for local payment)
SWIFT Address: HSBCHKHHHKH



**Worldwide Fun Ltd.**
*For all correspondence: Write in care of:*
**Smiling Albino Ltd.**
55,57 Ramkamhaeng Road Soi 24 Yeak 34,
Huamark, Bangkapi
Bangkok 10240 Thailand

*INVOICE# FEDER*

| **Bill to:** |
| --- |
| Absolute Travel |
| 90 Broad Street |
| Suite 1706 |
| New York, |
| New York 10004 |

| Date | Terms | Due Date | Trip Code |
| --- | --- | --- | --- |
| February 15, 2017 | Due On Receipt | February 28, 2017 | FEDER |

| Item: | Description | Qty | Price | Amount |
| --- | --- | --- | --- | --- |
| Final Payment | Absolute Travel Booking FEDER<br>Guests: Mr. Kenneth Stephen Feder<br>and Ms. Rhonda Kyle Feder (2 pax)<br><br>Dates: February 12-22, 2017<br>Total Cost: $7,260USD<br>Total amount due: $7,260USD | 1.0 | 7,260.00 | $7,260.00 |

Thank you for allowing us to create your adventure of a lifetime!

| | |
| --- | --- |
| **Sub Total:** | **$7,260.00** |
| Total: | $7,260.00 |
| Payment Made: | (-) 0.00 |
| **Total PayPal Fee from Feb-17** : | (+) 639.52 |
| **Service Fee:** | (+)108.90 |
| **Balance Due:** | **$8,008.42** |

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000240

**Terms & Conditions**
**Payment**: 100% of Absolute Travel bookings must be paid by the end of each month that the trip occurs.


**Cancellations**
The following cancellation fees will apply:

Cancellation requests received 61 days or more prior to adventure start date, the Cancellation Fee is 10% of total trip price

Cancellation requests received 32 to 60 days prior to adventure start date, the Cancellation Fee is 25% of total trip price

Cancellation requests received 31 to 16 days or less prior to start date, the Cancellation Fee is 50% of trip price

Cancellation requests received 15 days or less prior to start date, the Cancellation Fee is 100% of trip price

NOTE: The terms above do not account for certain hotel policies which are beyond our control. Additionally peak season bookings between December 15 - January 15 cannot be guaranteed to follow the refund conditions as above due to non-refundable hotels, flights, etc.

**\*7% VAT of trip or deposit total is non-refundable**
*Note: Smiling Albino is always happy to reschedule a client's adventure date if needed. In fact, we prefer to reschedule for another trip date than entirely cancel the vacation.*

Unused Services: There are no refunds for unused services. Discounts cannot be given if the guest requests changes in program once deposit has been paid. Ex: missing a day of a multi-day trip does not result in a partial refund once the trip has been booked and initial deposit paid.


I, _____ (print name) hereby acknowledge, understand in full, and accept all of the above Payment Terms.


Here is the bank transfer information you'll need to our account in Hong Kong for the deposit:

Worldwide Fun Ltd.
Account number: ███████64-838
Beneficiary Bank Name: HSBC Hong Kong
Beneficiary Bank Address: 1 Queen's Road Central, Hong Kong
Beneficiary Bank Code: 004 (for local payment)
SWIFT Address: HSBCHKHHHKH



**Worldwide Fun Ltd.**
*For all correspondence: Write in care of:*
**Smiling Albino Ltd.**
55,57 Ramkamhaeng Road Soi 24 Yeak 34,
Huamark, Bangkapi
Bangkok 10240 Thailand

*INVOICE# Multiples*

| Bill to: |
|---|
| Absolute Travel |
| 90 Broad Street |
| Suite 1706 |
| New York, |
| New York 10004 |

| Date | Terms | Due Date | Trip Code |
|---|---|---|---|
| February 2, 2016 | Due On Receipt | February 15, 2016 | Multiples |

| Item: | Description | Qty | Price | Amount |
|---|---|---|---|---|
| Final Payment | Absolute Travel Booking # P15115961<br>Guests: The Rosengaus Family (4 pax)<br>Dates: December 20 – January 5, 2016<br>Total Cost: $17,110USD | 1.00 | 17,110.00 | $17,110.00 |
| Final Payment | Absolute Travel Booking # P15126306<br>Guests: Mr.David M Denton & Ms.Sara Michelle Greenbaum (2 pax)<br>Dates: December 19 – January 3, 2016<br>Total Cost: $15,320USD | 1.00 | 15,320.00 | $15,320.00 |
| Final Payment | Absolute Travel Booking #P16015871<br>Guests: Mr. Marc and Ms. Sharon Amaya (2 pax)<br>Dates: January 7 - 21, 2016<br>Total Cost: $23,890USD | 1.00 | 23,890.00 | $23,890.00 |
| Final Payment | Absolute Travel Booking #P16016272<br>Guests: Mr. William Kimball and Party (6 pax)<br>Dates: January 20, 2016<br>Total Cost: $900USD | 1.00 | $900.00 | $900.00 |
| Final Payment | Absolute Travel Booking HIMES<br>Guests: Mr. Michael Himes and Party (4 pax)<br>Dates: January 8, 2016<br>Total Cost: $620USD | 1.00 | $620.00 | $620.00 |

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000242

Thank you for allowing us to create your adventure of a lifetime!

| | |
|---|---|
| **Sub Total:** | **$57,840.00** |
| Total: | $57,840.00 |
| Payment Made: | (-) 0.00 |
| Credits Applied: | (-) 0.00 |
| **Balance Due:** | **$57,840.00** |

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000243

**Terms & Conditions**
**Payment**: 100% of Absolute Travel bookings must be paid by the end of each month that the trip occurs.

**Cancellations**
The following cancellation fees will apply:

Cancellation requests received 61 days or more prior to adventure start date, the Cancellation Fee is 10% of total trip price

Cancellation requests received 32 to 60 days prior to adventure start date, the Cancellation Fee is 25% of total trip price

Cancellation requests received 31 to 16 days or less prior to start date, the Cancellation Fee is 50% of trip price

Cancellation requests received 15 days or less prior to start date, the Cancellation Fee is 100% of trip price

NOTE: The terms above do not account for certain hotel policies which are beyond our control. Additionally peak season bookings between December 15 - January 15 cannot be guaranteed to follow the refund conditions as above due to non-refundable hotels, flights, etc.

**\*7% VAT of trip or deposit total is non-refundable**
*Note: Smiling Albino is always happy to reschedule a client's adventure date if needed. In fact, we prefer to reschedule for another trip date than entirely cancel the vacation.*

Unused Services: There are no refunds for unused services. Discounts cannot be given if the guest requests changes in program once deposit has been paid. Ex: missing a day of a multi-day trip does not result in a partial refund once the trip has been booked and initial deposit paid.

I, _____ (print name) hereby acknowledge, understand in full, and accept all of the above Payment Terms.

Here is the bank transfer information you'll need to our account in Hong Kong for the deposit:

Worldwide Fun Ltd.
Account number: ▇▇▇▇▇▇▇-838
Beneficiary Bank Name: HSBC Hong Kong
Beneficiary Bank Address: 1 Queen's Road Central, Hong Kong
Beneficiary Bank Code: 004 (for local payment)
SWIFT Address: HSBCHKHHHKH



**Worldwide Fun Ltd.**
*For all correspondence: Write in care of:*
**Smiling Albino Ltd.**
55,57 Ramkamhaeng Road Soi 24 Yeak 34,
Huamark, Bangkapi
Bangkok 10240 Thailand


*INVOICE# Multiples*

**Bill to:**

Absolute Travel
90 Broad Street
Suite 1706
New York,
New York 10004

| Date | Terms | Due Date | Trip Code |
|------|-------|----------|-----------|
| February 15, 2017 | Due On Receipt | February 28, 2017 | Multiples |

| Item: | Description | Qty | Price | Amount |
|-------|-------------|-----|-------|--------|
| Final Payment | Absolute Travel Booking JURDEN<br>Guests: Ms.Juliana Riss Jurden,<br>Ms.Leonard Wells Jurden, Mr.Nicholas<br>Roland Jurden, Ms.Madelein Drake Jurden<br>(4 pax)<br>Dates: January 11-22, 2017<br>Total Cost: $19,390USD<br>Total amount due: $719,390USD | 1.0 | $19,390.00 | $19,390.00 |
| Final Payment | Absolute Travel Booking MILLER<br>Guests: Ms. Terri Miller and Mr. Andrew<br>Miller (2 pax)<br>Dates: February 22, 2017 to March 7, 2017<br>Total Cost: $13,520USD<br>Total amount due: $13,520USD | 1.0 | $13,520.00 | $13,520.00 |
| Final Payment | Absolute Travel Booking MINDWARE<br>Guests: Ms. Terri Miller and Mr. Andrew<br>Miller (2 pax)<br>Dates: January 6-12, 2017<br>Total Cost: $12,915USD<br>Total amount due: $12,915USD | 1.0 | $12,915.00 | $12,915.00 |

|  |  |
|--|--|
| **Sub Total:** | **$45,825.00** |

Thank you for allowing us to create your adventure of a lifetime!

|  |  |
|--|--|
| Total: | $45,825.00 |
| Payment Made: | (-) 0.00 |

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000245

**Total PayPal Fee from November 2016 – January 2017** :    (+) 4,813.23

**Service Fee:**    (+)687.38

**Balance Due:**    **$51,325.61**

**Terms & Conditions**
**Payment**: 100% of Absolute Travel bookings must be paid by the end of each month that the trip occurs.

**Cancellations**
The following cancellation fees will apply:

Cancellation requests received 61 days or more prior to adventure start date, the Cancellation Fee is 10% of total trip price

Cancellation requests received 32 to 60 days prior to adventure start date, the Cancellation Fee is 25% of total trip price

Cancellation requests received 31 to 16 days or less prior to start date, the Cancellation Fee is 50% of trip price

Cancellation requests received 15 days or less prior to start date, the Cancellation Fee is 100% of trip price

NOTE: The terms above do not account for certain hotel policies which are beyond our control. Additionally peak season bookings between December 15 - January 15 cannot be guaranteed to follow the refund conditions as above due to non-refundable hotels, flights, etc.

**\*7% VAT of trip or deposit total is non-refundable**
*Note: Smiling Albino is always happy to reschedule a client's adventure date if needed. In fact, we prefer to reschedule for another trip date than entirely cancel the vacation.*

Unused Services: There are no refunds for unused services. Discounts cannot be given if the guest requests changes in program once deposit has been paid. Ex: missing a day of a multi-day trip does not result in a partial refund once the trip has been booked and initial deposit paid.

I, _____ (print name) hereby acknowledge, understand in full, and accept all of the above Payment Terms.

Here is the bank transfer information you'll need to our account in Hong Kong for the deposit:

Worldwide Fun Ltd.
Account number: ██████4-838
Beneficiary Bank Name: HSBC Hong Kong
Beneficiary Bank Address: 1 Queen's Road Central, Hong Kong
Beneficiary Bank Code: 004 (for local payment)
SWIFT Address: HSBCHKHHHKH

**Worldwide Fun Ltd.**
*For all correspondence: Write in care of:*
**Smiling Albino Ltd.**
55,57 Ramkamhaeng Road Soi 24 Yeak 34,
Huamark, Bangkapi
Bangkok 10240 Thailand

*INVOICE# Multiples*



| Bill to: |
|---|
| Absolute Travel |
| 90 Broad Street |
| Suite 1706 |
| New York 10004 |

| Date | Terms | Due Date | Trip Code |
|---|---|---|---|
| August 10, 2016 | Due On Receipt | August 15, 2016 | Multiples |

| Item: | Description | Qty | Price | Amount |
|---|---|---|---|---|
| Final Payment | Absolute Travel Booking P16076754<br>Guests: Lucas Siegel, Jake Alexander Siegel<br>(2 pax)<br>Dates: July 7 – 9, 2016<br><br>Total Cost: $3,455USD | 1.00 | 3,455.00 | $3,455.00 |
| Final Payment | Absolute Travel Booking P160480<br><br>Guests: The Samuels and The Glicks Family<br>(8 pax)<br>Dates: July 10 – 24, 2016<br><br>Total Cost: $36,000USD | 1.00 | 36,000.00 | $36,000.00 |
| Final Payment | Absolute Travel Booking P16066651<br>Guests: The Payne Family (4 pax)<br>Dates: July 8 – 13, 2016<br>Total Cost: $7,755USD<br>Additional for Flight Transit in Bangkok: $340USD<br>Room upgrade at The Siam: $1,010USD<br>Late check out: $505USD<br>Deduct dinner on July 8: $80USD<br>Grand Total: $12,335USD | 1.00 | 12,335.00 | $12,335.00 |
| Final Payment | Absolute Travel Booking P16076762<br>Guests: Joshua Tupper and Denise Ann Porcaro<br>(2 pax)<br>Dates: July 22 – 30, 2016<br>Total Cost: $7,750USD | 1.00 | 7,750.00 | $7,750.00 |
| Final Payment | Absolute Travel Booking # P16026357<br>Guests: Lucinda, Bob and Sandy Chapman<br>(3 pax)<br>Dates: February 19 – 23, 2016<br>Total Cost: $6,385USD | 1.00 | 6,385.00 | $6,385.00 |

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000248

|  |  |
|---|---|
| **Sub Total:** | **$65,925.00** |
| Total: | $65,925.00 |
| Payment Made: | (-) 0.00 |
| Credits Applied: | (-) 0.00 |
| **Balance Due:** | **$65,925.00** |

*Thank you for allowing us to create your adventure of a lifetime!*

**Terms & Conditions**
**Payment**: 100% of Absolute Travel bookings must be paid by the end of each month that the trip occurs.


**Cancellations**
The following cancellation fees will apply:

Cancellation requests received 61 days or more prior to adventure start date, the Cancellation Fee is 10% of total trip price

Cancellation requests received 32 to 60 days prior to adventure start date, the Cancellation Fee is 25% of total trip price

Cancellation requests received 31 to 16 days or less prior to start date, the Cancellation Fee is 50% of trip price

Cancellation requests received 15 days or less prior to start date, the Cancellation Fee is 100% of trip price

<u>NOTE</u>: The terms above do not account for certain hotel policies which are beyond our control. Additionally peak season bookings between December 15 - January 15 cannot be guaranteed to follow the refund conditions as above due to non-refundable hotels, flights, etc.

**\*7% VAT of trip or deposit total is non-refundable**
*Note: Smiling Albino is always happy to reschedule a client's adventure date if needed. In fact, we prefer to reschedule for another trip date than entirely cancel the vacation.*

Unused Services: There are no refunds for unused services. Discounts cannot be given if the guest requests changes in program once deposit has been paid. Ex: missing a day of a multi-day trip does not result in a partial refund once the trip has been booked and initial deposit paid.


I, _____ (print name) hereby acknowledge, understand in full, and accept all of the above Payment Terms.


Here is the bank transfer information you'll need to our account in Hong Kong for the deposit:

Worldwide Fun Ltd.
Account ████████████-838
Beneficiary Bank Name: HSBC Hong Kong
Beneficiary Bank Address: 1 Queen's Road Central, Hong Kong
Beneficiary Bank Code: 004 (for local payment)
SWIFT Address: HSBCHKHHHKH

**Worldwide Fun Ltd.**
*For all correspondence: Write in care of:*
**Smiling Albino Ltd.**
55,57 Ramkamhaeng Road Soi 24 Yeak 34,
Huamark, Bangkapi
Bangkok 10240 Thailand



*INVOICE# Multiples*

| Bill to: |
|---|
| Absolute Travel |
| 90 Broad Street |
| Suite 1706 |
| New York, |
| New York 10004 |

| Date | Terms | Due Date | Trip Code |
|---|---|---|---|
| April 4, 2016 | Due On Receipt | April 15, 2016 | Multiples |

| Item: | Description | Qty | Price | Amount |
|---|---|---|---|---|
| Final Payment | Absolute Travel Booking # P16026248 Guests: Mr.Nicholas Reed Haggard and Ms. Claire Catherine Kimmich (2 pax) Dates: February 24 – March 9, 2016 Total Cost: $6,730USD | 1.00 | 6,730.00 | $6,730.00 |
| Final Payment | Absolute Travel Booking # P16026387 Guests: Mr. Jarret Slepian and Ms. Sima Honig (2 pax) Dates: February 27 - March 12, 2016 Total Cost: $10,310USD | 1.00 | 10,310.00 | $10,310.00 |
| Final Payment | Absolute Travel Booking # P16036437 Guests: Ms. Elaine Michelle Taussig and party (3 pax) Dates: March 19 - 31, 2016 Total Cost: $18,360USD | 1.00 | 18,360.00 | $18,360.00 |
| Final Payment | Absolute Travel Booking # P16036463 Guests: Ms. Hercerina Hernandez Liodden and party (4 pax) Dates: March 4 - 9, 2016 Total Cost: $2,802USD | 1.00 | 2,802.00 | $2,802.00 |
| Final Payment | Absolute Travel Booking #P16036481 Guests: Mr. Gabriel Miles Siegel and Ms. Ashley Nicole (2 pax) Dates: March 19 - 22, 2016 Total Cost: $5,145USD | 1.00 | 5,145.00 | $5,145.00 |

*Thank you for allowing us to create your adventure of a lifetime!*

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000251

|  |  |
|---|---|
| **Sub Total:** | **$43,347.00** |
|  |  |
| Total: | $43,347.00 |
| Payment Made: | (-) 0.00 |
| Credits Applied: | (-) 0.00 |
| **Balance Due:** | **$43,347.00** |

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000252

**Terms & Conditions**
**Payment**: 100% of Absolute Travel bookings must be paid by the end of each month that the trip occurs.

**Cancellations**
The following cancellation fees will apply:

Cancellation requests received 61 days or more prior to adventure start date, the Cancellation Fee is 10% of total trip price

Cancellation requests received 32 to 60 days prior to adventure start date, the Cancellation Fee is 25% of total trip price

Cancellation requests received 31 to 16 days or less prior to start date, the Cancellation Fee is 50% of trip price

Cancellation requests received 15 days or less prior to start date, the Cancellation Fee is 100% of trip price

NOTE: The terms above do not account for certain hotel policies which are beyond our control. Additionally peak season bookings between December 15 - January 15 cannot be guaranteed to follow the refund conditions as above due to non-refundable hotels, flights, etc.

**\*7% VAT of trip or deposit total is non-refundable**
*Note: Smiling Albino is always happy to reschedule a client's adventure date if needed. In fact, we prefer to reschedule for another trip date than entirely cancel the vacation.*

Unused Services: There are no refunds for unused services. Discounts cannot be given if the guest requests changes in program once deposit has been paid. Ex: missing a day of a multi-day trip does not result in a partial refund once the trip has been booked and initial deposit paid.

I, _____ (print name) hereby acknowledge, understand in full, and accept all of the above Payment Terms.

Here is the bank transfer information you'll need to our account in Hong Kong for the deposit:

Worldwide Fun Ltd.
Account number: ▮▮▮▮▮▮4-838
Beneficiary Bank Name: HSBC Hong Kong
Beneficiary Bank Address: 1 Queen's Road Central, Hong Kong
Beneficiary Bank Code: 004 (for local payment)
SWIFT Address: HSBCHKHHHKH



**Worldwide Fun Ltd.**
*For all correspondence: Write in care of:*
**Smiling Albino Ltd.**
55,57 Ramkamhaeng Road Soi 24 Yeak 34,
Huamark, Bangkapi
Bangkok 10240 Thailand

*INVOICE# Multiples*

| Bill to: |
|---|
| Absolute Travel |
| 90 Broad Street |
| Suite 1706 |
| New York, |
| New York 10004 |

| Date | Terms | Due Date | Trip Code |
|---|---|---|---|
| February 15, 2017 | Due On Receipt | February 28, 2017 | Multiples |

| Item: | Description | Qty | Price | Amount |
|---|---|---|---|---|
| Final Payment | Absolute Travel Booking LYON<br>Guests: Ms. Lyon, Cara Danielle, Mr. West, Kelly O'Connell (2 pax)<br>Dates: March 6-16, 2017<br>Total Cost: $6,480USD<br>Total amount due: $6,480USD | 1.0 | 6,480.00 | 6,480.00 |
| Final Payment | Absolute Travel Booking Fingerman<br>Guests: Mr. Michael Elliott Fingerman and Ms. Wendy Segal Fingerman (2 pax)<br><br>Dates: February 26 to March 10, 2017<br>Total Cost: $10,505USD<br>Total amount due: $10,505USD | 1.0 | 10,505.00 | 10,505.00 |
| Final Payment | Absolute Travel Booking Adams<br>Guests:  Ms. Lisa Marie Adams and Ms. Christine Ann O'day<br>Dates: February 24, 2017 to March 4, 2017<br>Total Cost: $3,825USD<br><br>Total amount due: $3,825USD | 1.0 | 3,825.00 | 3,825.00 |
| Final Payment | Absolute Travel Booking Miller<br>Guests: Ms. Terri Miller and Mr. Andrew Miller (2 pax)<br>Dates: February 22, 2017 to March 7, 2017<br>Total Cost: $6,872USD<br>Total amount due: $6,872USD | 1.0 | 6,872.00 | 6,872.00 |
| Additional for flight cost | Guests: Ms. Lisa Marie Adams and Ms. Christine Ann O'day (2 pax) | 1.0 | 245.00 | 245.00 |

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000254

Thank you for allowing us to create your adventure of a lifetime!

| | | |
|---|---|---|
| **Sub Total:** | | **$27,927.00** |
| Total: | | $27,927.00 |
| Service Fee: | | (+)411.56 |
| **Balance Due:** | | **$28,338.56** |

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000255

**Terms & Conditions**
**Payment**: 100% of Absolute Travel bookings must be paid by the end of each month that the trip occurs.

**Cancellations**
The following cancellation fees will apply:

Cancellation requests received 61 days or more prior to adventure start date, the Cancellation Fee is 10% of total trip price

Cancellation requests received 32 to 60 days prior to adventure start date, the Cancellation Fee is 25% of total trip price

Cancellation requests received 31 to 16 days or less prior to start date, the Cancellation Fee is 50% of trip price

Cancellation requests received 15 days or less prior to start date, the Cancellation Fee is 100% of trip price

NOTE: The terms above do not account for certain hotel policies which are beyond our control. Additionally peak season bookings between December 15 - January 15 cannot be guaranteed to follow the refund conditions as above due to non-refundable hotels, flights, etc.

**\*7% VAT of trip or deposit total is non-refundable**
*Note: Smiling Albino is always happy to reschedule a client's adventure date if needed. In fact, we prefer to reschedule for another trip date than entirely cancel the vacation.*

Unused Services: There are no refunds for unused services. Discounts cannot be given if the guest requests changes in program once deposit has been paid. Ex: missing a day of a multi-day trip does not result in a partial refund once the trip has been booked and initial deposit paid.

I, _____ (print name) hereby acknowledge, understand in full, and accept all of the above Payment Terms.

Here is the bank transfer information you'll need to our account in Hong Kong for the deposit:

Worldwide Fun Ltd.
Account number: ███████4-838
Beneficiary Bank Name: HSBC Hong Kong
Beneficiary Bank Address: 1 Queen's Road Central, Hong Kong
Beneficiary Bank Code: 004 (for local payment)
SWIFT Address: HSBCHKHHHKH



**Worldwide Fun Ltd.**
*For all correspondence: Write in care of:*
**Smiling Albino Ltd.**
55,57 Ramkamhaeng Road Soi 24 Yeak 34,
Huamark, Bangkapi
Bangkok 10240 Thailand

*INVOICE# Multiples*

| Bill to: |
|---|
| Absolute Travel |
| 90 Broad Street |
| Suite 1706 |
| New York, |
| New York 10004 |

| Date | Terms | Due Date | Trip Code |
|---|---|---|---|
| June 10, 2016 | Due On Receipt | June 15, 2016 | Multiples |

| Item: | Description | Qty | Price | Amount |
|---|---|---|---|---|
| Final Payment | Absolute Travel Booking P16046474<br>Guests: Ms. Leslie Sidwa (1 pax)<br>Dates: May 13 - 19, 2016<br>Total Cost: $2,612USD | 1.00 | 2,612.00 | $2,612.00 |
| Final Payment | Absolute Travel Booking # P16046493<br>Guests: Ms. Barrie Cohen & Ms. Rachel Klepner (2 pax)<br>Dates: April 30 – May 13, 2016<br>Total Cost: $7,755USD | 1.00 | 7,755.00 | $7,755.00 |
| Final Payment | Absolute Travel Booking # P16046543<br>Guests: The Little Market Party (5 pax)<br>Dates: May 10 – 17, 2016<br>Total Cost: $6,577USD | 1.00 | 6,577.00 | $6,577.00 |
| Final Payment | Absolute Travel Booking # P16056230<br>Guests: Mr. John Michael Ballesteros and Mrs. Lauren Duyanen Malones Ruiz (2 pax)<br>Dates: May 4 - 13, 2016<br>Total Cost: $10,430USD | 1.00 | 10,430.00 | $10,430.00 |
| Final Payment | Absolute Travel Booking #CHIROCO<br>Guests: Mr. Guy and Ms. Paowalee Chiroco (2 pax)<br>Dates: April 18 – May 17, 2016<br>Total Cost: $2,715USD | 1.00 | 2,715.00 | $2,715.00 |

*Thank you for allowing us to create your adventure of a lifetime!*

| | |
|---|---|
| **Sub Total:** | **$30,089.00** |
| Total: | $30,089.00 |
| Payment Made: | (-) 0.00 |
| Credits Applied: | (-) 0.00 |
| **Balance Due:** | **$30,089.00** |

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000258

**Terms & Conditions**
**Payment**: 100% of Absolute Travel bookings must be paid by the end of each month that the trip occurs.


**Cancellations**
The following cancellation fees will apply:

Cancellation requests received 61 days or more prior to adventure start date, the Cancellation Fee is 10% of total trip price

Cancellation requests received 32 to 60 days prior to adventure start date, the Cancellation Fee is 25% of total trip price

Cancellation requests received 31 to 16 days or less prior to start date, the Cancellation Fee is 50% of trip price

Cancellation requests received 15 days or less prior to start date, the Cancellation Fee is 100% of trip price

NOTE: The terms above do not account for certain hotel policies which are beyond our control. Additionally peak season bookings between December 15 - January 15 cannot be guaranteed to follow the refund conditions as above due to non-refundable hotels, flights, etc.

**\*7% VAT of trip or deposit total is non-refundable**
*Note: Smiling Albino is always happy to reschedule a client's adventure date if needed. In fact, we prefer to reschedule for another trip date than entirely cancel the vacation.*

Unused Services: There are no refunds for unused services. Discounts cannot be given if the guest requests changes in program once deposit has been paid. Ex: missing a day of a multi-day trip does not result in a partial refund once the trip has been booked and initial deposit paid.


I, _____ (print name) hereby acknowledge, understand in full, and accept all of the above Payment Terms.


Here is the bank transfer information you'll need to our account in Hong Kong for the deposit:

Worldwide Fun Ltd.
Account number: ███████64-838
Beneficiary Bank Name: HSBC Hong Kong
Beneficiary Bank Address: 1 Queen's Road Central, Hong Kong
Beneficiary Bank Code: 004 (for local payment)
SWIFT Address: HSBCHKHHHKH

Worldwide Fun Ltd.
*For all correspondence: Write in care of:*
**Smiling Albino Ltd.**
55,57 Ramkamhaeng Road Soi 24 Yeak 34,
Huamark, Bangkapi
Bangkok 10240 Thailand



***INVOICE# Multiples***

| Bill to: |
|---|
| Absolute Travel |
| 90 Broad Street |
| Suite 1706 |
| New York |
| New York 10004 |

| Date | Terms | Due Date | Trip Code |
|---|---|---|---|
| December 15, 2016 | Due On Receipt | December 20, 2016 | Multiples |

| Item: | Description | Qty | Price | Amount |
|---|---|---|---|---|
| Final Payment | Absolute Travel Booking #DONORS<br>Guests: The Donors Group (8 pax)<br>Dates: November 2 – 3, 2016<br>Total Cost: $5,381USD | 1.00 | 5,381.00 | $5,381.00 |
| Final Payment | Absolute Travel Booking #HOLDEN<br>Guests: Ms. Barbara Holden & Ms. Terry Barro (2 pax)<br>Dates: November 1 – 6 and 17 – 18, 2016<br>Total Cost: $6,184USD | 1.00 | 6,184.00 | $6,184.00 |
| Final Payment | Absolute Travel Booking #ING<br>Guests: Ms. Susan Kazuko Ing and Ms. Britta Marie Justesen (2 pax)<br>Dates: November 4 -7, 17 – 18, 2016<br>Total Cost: $1,660USD | 1.00 | 1,660.00 | $1,660.00 |

Thank you for allowing us to create your adventure of a lifetime!

| | |
|---|---|
| **Sub Total:** | **$13,225.00** |
| Total: | **$13,225.00** |
| Payment Made: | (-) 0.00 |
| Credits Applied: | (-) 0.00 |
| Service Fee: | (+)198.38.00 |
| **Balance Due:** | **$13,423.38** |

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000260

**Terms & Conditions**
**Payment**: 100% of Absolute Travel bookings must be paid by the end of each month that the trip occurs.

**Cancellations**
The following cancellation fees will apply:

Cancellation requests received 61 days or more prior to adventure start date, the Cancellation Fee is 10% of total trip price

Cancellation requests received 32 to 60 days prior to adventure start date, the Cancellation Fee is 25% of total trip price

Cancellation requests received 31 to 16 days or less prior to start date, the Cancellation Fee is 50% of trip price

Cancellation requests received 15 days or less prior to start date, the Cancellation Fee is 100% of trip price

NOTE: The terms above do not account for certain hotel policies which are beyond our control. Additionally peak season bookings between December 15 - January 15 cannot be guaranteed to follow the refund conditions as above due to non-refundable hotels, flights, etc.

**\*7% VAT of trip or deposit total is non-refundable**
*Note: Smiling Albino is always happy to reschedule a client's adventure date if needed. In fact, we prefer to reschedule for another trip date than entirely cancel the vacation.*

Unused Services: There are no refunds for unused services. Discounts cannot be given if the guest requests changes in program once deposit has been paid. Ex: missing a day of a multi-day trip does not result in a partial refund once the trip has been booked and initial deposit paid.

I, _____ (print name) hereby acknowledge, understand in full, and accept all of the above Payment Terms.

Here is the bank transfer information you'll need to our account in Hong Kong for the deposit:

Worldwide Fun Ltd.
Account number: ████████ 4-838
Beneficiary Bank Name: HSBC Hong Kong
Beneficiary Bank Address: 1 Queen's Road Central, Hong Kong
Beneficiary Bank Code: 004 (for local payment)
SWIFT Address: HSBCHKHHHKH

**Worldwide Fun Ltd.**
*For all correspondence: Write in care of:*
**Smiling Albino Ltd.**
55,57 Ramkamhaeng Road Soi 24 Yeak 34,
Huamark, Bangkapi
Bangkok 10240 Thailand


*INVOICE# Multiples*



| Bill to: |
| --- |
| Absolute Travel |
| 90 Broad Street |
| Suite 1706 |
| New York |
| New York 10004 |

| Date | Terms | Due Date | Trip Code |
| --- | --- | --- | --- |
| November 15, 2016 | Due On Receipt | November 20, 2016 | Multiples |

| Item: | Description | Qty | Price | Amount |
| --- | --- | --- | --- | --- |
| Final Payment | Absolute Travel Booking # P16096850<br>Guests: Mr.Steven Bash and Mrs.Rada Blumkin (2 pax)<br>Dates: October 7 - 13, 2016<br><br>Total Cost: $1,825USD | 1.00 | 1,825.00 | $1,825.00 |
| Final Payment | Absolute Travel Booking P16105998<br>Guests: Mr.Mark Novak and Ms.Jenny Grunwald (2 pax)<br>Dates: October 23 - 29, 2016<br>Total Cost: $3,460USD | 1.00 | 3,460.00 | $3,460.00 |
| Final Payment | Absolute Travel Booking #PARZICK<br>Guests: Ms.Laoise Marie Parzick and Ms.arolyn Ezrin (2 pax)<br>Dates: October 23 - 27, 2016<br>Total Cost: $10,072USD | 1.00 | 10,072.00 | $10,072.00 |
| Final Payment | Absolute Travel Booking # FAM for Holly<br>Guests: Ms.Holly Monahan and Ms.Christine Navin (2 pax)<br>Dates: September 19 – October 2, 2016<br>Total Cost: $770USD | 1.00 | 770.00 | $770.00 |

Thank you for allowing us to create your adventure of a lifetime!

| | |
|---|---|
| **Sub Total:** | **$16,127.00** |
| Total: | **$16,127.00** |
| Payment Made: | (-) 0.00 |
| Credits Applied: | (-) 0.00 |
| Service Fee: | (+)242.00 |
| **Balance Due:** | **$16,369.00** |

**Terms & Conditions**
**Payment**: 100% of Absolute Travel bookings must be paid by the end of each month that the trip occurs.

**Cancellations**
The following cancellation fees will apply:

Cancellation requests received 61 days or more prior to adventure start date, the Cancellation Fee is 10% of total trip price

Cancellation requests received 32 to 60 days prior to adventure start date, the Cancellation Fee is 25% of total trip price

Cancellation requests received 31 to 16 days or less prior to start date, the Cancellation Fee is 50% of trip price

Cancellation requests received 15 days or less prior to start date, the Cancellation Fee is 100% of trip price

NOTE: The terms above do not account for certain hotel policies which are beyond our control. Additionally peak season bookings between December 15 - January 15 cannot be guaranteed to follow the refund conditions as above due to non-refundable hotels, flights, etc.

**\*7% VAT of trip or deposit total is non-refundable**
*Note: Smiling Albino is always happy to reschedule a client's adventure date if needed. In fact, we prefer to reschedule for another trip date than entirely cancel the vacation.*

Unused Services: There are no refunds for unused services. Discounts cannot be given if the guest requests changes in program once deposit has been paid. Ex: missing a day of a multi-day trip does not result in a partial refund once the trip has been booked and initial deposit paid.

I, _____ (print name) hereby acknowledge, understand in full, and accept all of the above Payment Terms.

Here is the bank transfer information you'll need to our account in Hong Kong for the deposit:

Worldwide Fun Ltd.
Account number: ▇▇▇▇▇▇4-838
Beneficiary Bank Name: HSBC Hong Kong
Beneficiary Bank Address: 1 Queen's Road Central, Hong Kong
Beneficiary Bank Code: 004 (for local payment)
SWIFT Address: HSBCHKHHHKH



**Worldwide Fun Ltd.**
*For all correspondence: Write in care of:*
**Smiling Albino Ltd.**
55,57 Ramkamhaeng Road Soi 24 Yeak 34,
Huamark, Bangkapi
Bangkok 10240 Thailand

*INVOICE# Multiples*

| Bill to: |
| --- |
| Absolute Travel |
| 90 Broad Street |
| Suite 1706 |
| New York, |
| New York 10004 |

| Date | Terms | Due Date | Trip Code |
| --- | --- | --- | --- |
| October 13, 2016 | Due On Receipt | October 20, 2016 | Multiples |

| Item: | Description | Qty | Price | Amount |
| --- | --- | --- | --- | --- |
| Advance Payment | Absolute Travel Booking CARROLL<br>Guests: Mr. Matthew Joseph Carroll Jr. and Ms.Kristen Kyuri Choi (2 pax)<br>Dates: December 6 – 14 and 17 – 18, 2016<br>Total Cost: $15,780USD<br>Advance Payment request at 50% - $7,890USD | 1.00 | 7,890.00 | $7,890.00 |
| Advance Payment | Absolute Travel Booking GALLAGHER<br>Guests: The Gallagher Family (4 pax)<br>Dates: December 19 - 25, 2016<br>Total Cost: $15,842USD<br>Advance Payment request at 50% - $7,925USD | 1.00 | 7,925.00 | $7,925.00 |
| Advance Payment | Absolute Travel Booking BINDER<br>Guests: The Binder Family (4 pax)<br>Dates: December 22 – 28, 2016<br>Total Cost: $12,915USD<br>Advance Payment request at 50% - $6,460USD | 1.00 | $6,460.00 | $6,460.00 |
| Advance Payment | Absolute Travel Booking PENN<br>Guests: Mr. Jonathan B Penn and Mrs. Linda Amy Penn (2 pax)<br>Dates:  December 19 - 30, 2016<br>Total Cost: $4,850USD<br>Advance Payment request at 50% - $2,425USD | 1.00 | $2,425.00 | $2,425.00 |

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000265

| Advance Payment | Absolute Travel Booking RUBLER<br>Guests: The Rubler Family (4 pax)<br><br>Dates: December 18 - 29, 2016<br>Total Cost: $64,775USD<br>Advance Payment request at 50% - $32,390USD | 1.00 | $32,390.00 | $32,390.00 |
|---|---|---|---|---|
| Advance Payment | Absolute Travel Booking CONNOR<br>Guests: Mr.Christopher J Connor and Ms.Kimberly Lynn Fugok (2 pax)<br>Dates: December 20 – 31, 2016<br>Total Cost: $8,590USD<br>Advance Payment request at 50% - $4,295USD | 1.00 | $4,295.00 | $4,295.00 |
| Final Payment | Absolute Travel Booking SEGAL<br>Guests: The Segal and The Willenborg couple (4 pax)<br>Dates: January 4 – 11 and 22- 23, 2017<br>Total Cost: $12,550USD<br>Advance Payment request at 50% - $6,275USD | 1.00 | $6,275.00 | $6,275.00 |

Thank you for allowing us to create your adventure of a lifetime!

|  |  |
|---|---|
| **Sub Total:** | **$67,660.00** |
| Total: | $67,660.00 |
| Payment Made: | (-) 0.00 |
| Credits Applied: | (-) 0.00 |
| **Balance Due:** | **$67,660.00** |

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000266

**Terms & Conditions**
**Payment**: 100% of Absolute Travel bookings must be paid by the end of each month that the trip occurs.

**Cancellations**
The following cancellation fees will apply:

Cancellation requests received 61 days or more prior to adventure start date, the Cancellation Fee is 10% of total trip price

Cancellation requests received 32 to 60 days prior to adventure start date, the Cancellation Fee is 25% of total trip price

Cancellation requests received 31 to 16 days or less prior to start date, the Cancellation Fee is 50% of trip price

Cancellation requests received 15 days or less prior to start date, the Cancellation Fee is 100% of trip price

NOTE: The terms above do not account for certain hotel policies which are beyond our control. Additionally peak season bookings between December 15 - January 15 cannot be guaranteed to follow the refund conditions as above due to non-refundable hotels, flights, etc.

**\*7% VAT of trip or deposit total is non-refundable**
*Note: Smiling Albino is always happy to reschedule a client's adventure date if needed. In fact, we prefer to reschedule for another trip date than entirely cancel the vacation.*

Unused Services: There are no refunds for unused services. Discounts cannot be given if the guest requests changes in program once deposit has been paid. Ex: missing a day of a multi-day trip does not result in a partial refund once the trip has been booked and initial deposit paid.

I, _____ (print name) hereby acknowledge, understand in full, and accept all of the above Payment Terms.

Here is the bank transfer information you'll need to our account in Hong Kong for the deposit:

Worldwide Fun Ltd.
Account number: 0███████4-838
Beneficiary Bank Name: HSBC Hong Kong
Beneficiary Bank Address: 1 Queen's Road Central, Hong Kong
Beneficiary Bank Code: 004 (for local payment)
SWIFT Address: HSBCHKHHHKH



**Worldwide Fun Ltd.**
*For all correspondence: Write in care of:*
**Smiling Albino Ltd.**
55,57 Ramkamhaeng Road Soi 24 Yeak 34,
Huamark, Bangkapi
Bangkok 10240 Thailand

*INVOICE# Multiples*

| Bill to: |
|---|
| Absolute Travel |
| 90 Broad Street |
| Suite 1706 |
| New York, |
| New York 10004 |

| Date | Terms | Due Date | Trip Code |
|---|---|---|---|
| October 13, 2016 | Due On Receipt | October 20, 2016 | Multiples |

| Item: | Description | Qty | Price | Amount |
|---|---|---|---|---|
| Final Payment | Absolute Travel Booking # P16096775<br>Guests: Mr. Oscar and Ms.Catalina Tapia<br>(2 pax)<br>Dates: September 26 – 30, 2016<br><br>Total Cost: $2,750USD | 1.00 | 2,750.00 | $2,750.00 |

Thank you for allowing us to create your adventure of a lifetime!

| | |
|---|---|
| **Sub Total:** | **$2,750.00** |
| Total: | $2,750.00 |
| Payment Made: | (-) 0.00 |
| Credits Applied: | (-) 0.00 |
| Service Fee: | (+) 41.25 |
| **Balance Due:** | **$2,791.25.00** |

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000268

**Terms & Conditions**
**Payment**: 100% of Absolute Travel bookings must be paid by the end of each month that the trip occurs.

**Cancellations**
The following cancellation fees will apply:

Cancellation requests received 61 days or more prior to adventure start date, the Cancellation Fee is 10% of total trip price

Cancellation requests received 32 to 60 days prior to adventure start date, the Cancellation Fee is 25% of total trip price

Cancellation requests received 31 to 16 days or less prior to start date, the Cancellation Fee is 50% of trip price

Cancellation requests received 15 days or less prior to start date, the Cancellation Fee is 100% of trip price

NOTE: The terms above do not account for certain hotel policies which are beyond our control. Additionally peak season bookings between December 15 - January 15 cannot be guaranteed to follow the refund conditions as above due to non-refundable hotels, flights, etc.

**\*7% VAT of trip or deposit total is non-refundable**
*Note: Smiling Albino is always happy to reschedule a client's adventure date if needed. In fact, we prefer to reschedule for another trip date than entirely cancel the vacation.*

Unused Services: There are no refunds for unused services. Discounts cannot be given if the guest requests changes in program once deposit has been paid. Ex: missing a day of a multi-day trip does not result in a partial refund once the trip has been booked and initial deposit paid.

I, _____ (print name) hereby acknowledge, understand in full, and accept all of the above Payment Terms.

Here is the bank transfer information you'll need to our account in Hong Kong for the deposit:

Worldwide Fun Ltd.
Account number: 0█████████4-838
Beneficiary Bank Name: HSBC Hong Kong
Beneficiary Bank Address: 1 Queen's Road Central, Hong Kong
Beneficiary Bank Code: 004 (for local payment)
SWIFT Address: HSBCHKHHHKH

Worldwide Fun Ltd.
*For all correspondence: Write in care of:*
**Smiling Albino Ltd.**
55,57 Ramkamhaeng Road Soi 24 Yeak 34,
Huamark, Bangkapi
Bangkok 10240 Thailand

*INVOICE# Multiples*



| Bill to: |
|---|
| Absolute Travel |
| 90 Broad Street |
| Suite 1706 |
| New York, |
| New York 10004 |

| Date | Terms | Due Date | Trip Code |
|---|---|---|---|
| July 15, 2016 | Due On Receipt | July 15, 2016 | Multiples |

| Item: | Description | Qty | Price | Amount |
|---|---|---|---|---|
| Final Payment | Absolute Travel Booking # P16056114<br>Guests: Ms. Lauren Segal & Mr. Michael Donohue (2 pax)<br>Dates: May 30 – June 7, 2016<br><br>Total Cost: $9,480USD<br><br>**Partial Payment: 3,319 USD** | 1.00 | 9,480.00 | $9,480.00 |
| Final Payment | Absolute Travel Booking # P16056249<br>Guests: Mr.Derrick Marcus Lott and Ms.Tamara Beth Miller (2 pax)<br>Dates: June 1 - 10, 2016<br>Total Cost: $8,861USD | 1.00 | 8,861.00 | $8,861.00 |
| Final Payment | Absolute Travel Booking #P16056423<br>Guests: William Fuessler and Family (6 pax)<br>Dates: May 25 – June 4, 2016<br>Total Cost: $15,015USD | 1.00 | 15,015.00 | $15,015.00 |
| Final Payment | Absolute Travel Booking #P16056452<br>Guests: Mr. Pedro Picón and Ms. Naomi Rayfield (2 pax)<br>Dates: May 26 – June 2, 2016<br>Total Cost: $8,140USD | 1.00 | $8,140.00 | $8,140.00 |
| Final Payment | Absolute Travel Booking #P16066487<br>Guests: Ms. Amy O'Keefe and Morgan Elaine Spencer  (2 pax)<br>Dates: June 9 - 22, 2016<br>Total Cost: $14,710USD | 1.00 | $14,710.00 | $14,710.00 |

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000270

| Final Payment | Absolute Travel Booking #P16066653 Guests: The Hass Family (4 pax) Dates: June 10 - 28, 2016 Total Cost: $28,452USD | 1.00 | $28,452.00 | $28,452.00 |
|---|---|---|---|---|
| Final Payment | Absolute Travel Booking PATERSON Guests: The Paterson Family (4 pax) Dates: June 13 - 16, 2016 Total Cost: $5,970USD | 1.00 | $5,970.00 | $5,970.00 |

Thank you for allowing us to create your adventure of a lifetime!

| | |
|---|---|
| **Sub Total:** | **$90,628.00** |
| Total: | **$90,628.00** |
| Payment Made: | (-) 0.00 |
| Credits Applied: | (-) 0.00 |
| **Balance Due:** | **$90,628.00** |

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000271

**Terms & Conditions**
**Payment**: 100% of Absolute Travel bookings must be paid by the end of each month that the trip occurs.

**Cancellations**
The following cancellation fees will apply:

Cancellation requests received 61 days or more prior to adventure start date, the Cancellation Fee is 10% of total trip price

Cancellation requests received 32 to 60 days prior to adventure start date, the Cancellation Fee is 25% of total trip price

Cancellation requests received 31 to 16 days or less prior to start date, the Cancellation Fee is 50% of trip price

Cancellation requests received 15 days or less prior to start date, the Cancellation Fee is 100% of trip price

NOTE: The terms above do not account for certain hotel policies which are beyond our control. Additionally peak season bookings between December 15 - January 15 cannot be guaranteed to follow the refund conditions as above due to non-refundable hotels, flights, etc.

**\*7% VAT of trip or deposit total is non-refundable**
*Note: Smiling Albino is always happy to reschedule a client's adventure date if needed. In fact, we prefer to reschedule for another trip date than entirely cancel the vacation.*

Unused Services: There are no refunds for unused services. Discounts cannot be given if the guest requests changes in program once deposit has been paid. Ex: missing a day of a multi-day trip does not result in a partial refund once the trip has been booked and initial deposit paid.

I, _____ (print name) hereby acknowledge, understand in full, and accept all of the above Payment Terms.

Here is the bank transfer information you'll need to our account in Hong Kong for the deposit:

Worldwide Fun Ltd.
Account number: ▮▮▮▮▮▮4-838
Beneficiary Bank Name: HSBC Hong Kong
Beneficiary Bank Address: 1 Queen's Road Central, Hong Kong
Beneficiary Bank Code: 004 (for local payment)
SWIFT Address: HSBCHKHHHKH

**Worldwide Fun Ltd.**
*For all correspondence: Write in care of:*
**Smiling Albino Ltd.**
55,57 Ramkamhaeng Road Soi 24 Yeak 34,
Huamark, Bangkapi
Bangkok 10240 Thailand

*INVOICE# Multiples*



| Bill to: |
|---|
| Absolute Travel |
| 90 Broad Street |
| Suite 1706 |
| New York |
| New York 10004 |

| Date | Terms | Due Date | Trip Code |
|---|---|---|---|
| December 15, 2016 | Due On Receipt | December 20, 2016 | Multiples |

| Item: | Description | Qty | Price | Amount |
|---|---|---|---|---|
| Final Payment | Absolute Travel Booking #DONORS<br>Guests: The Donors Group (8 pax)<br>Dates: November 2 – 3, 2016<br>Total Cost: $5,381USD | 1.00 | 5,381.00 | $5,381.00 |
| Final Payment | Absolute Travel Booking #HOLDEN<br>Guests: Ms. Barbara Holden & Ms. Terry Barro (2 pax)<br>Dates: November 1 – 6 and 17 – 18, 2016<br>Total Cost: $6,184USD | 1.00 | 6,184.00 | $6,184.00 |
| Final Payment | Absolute Travel Booking #ING<br>Guests: Ms. Susan Kazuko Ing and Ms. Britta Marie Justesen (2 pax)<br>Dates: November 4 -7, 17 – 18, 2016<br>Total Cost: $1,660USD | 1.00 | 1,660.00 | $1,660.00 |

Thank you for allowing us to create your adventure of a lifetime!

| | |
|---|---|
| **Sub Total:** | **$13,225.00** |
| Total: | **$13,225.00** |
| Payment Made: | (-) 0.00 |
| Credits Applied: | (-) 0.00 |
| Service Fee: | (+)198.38.00 |
| **Balance Due:** | **$13,423.38** |

PLAINTIFFS DOCUMENT PRODUCTION 9.11.17 No. 000273

**Terms & Conditions**
**Payment**: 100% of Absolute Travel bookings must be paid by the end of each month that the trip occurs.


**Cancellations**
The following cancellation fees will apply:

Cancellation requests received 61 days or more prior to adventure start date, the Cancellation Fee is 10% of total trip price

Cancellation requests received 32 to 60 days prior to adventure start date, the Cancellation Fee is 25% of total trip price

Cancellation requests received 31 to 16 days or less prior to start date, the Cancellation Fee is 50% of trip price

Cancellation requests received 15 days or less prior to start date, the Cancellation Fee is 100% of trip price

NOTE: The terms above do not account for certain hotel policies which are beyond our control. Additionally peak season bookings between December 15 - January 15 cannot be guaranteed to follow the refund conditions as above due to non-refundable hotels, flights, etc.

**\*7% VAT of trip or deposit total is non-refundable**
*Note: Smiling Albino is always happy to reschedule a client's adventure date if needed. In fact, we prefer to reschedule for another trip date than entirely cancel the vacation.*

Unused Services: There are no refunds for unused services. Discounts cannot be given if the guest requests changes in program once deposit has been paid. Ex: missing a day of a multi-day trip does not result in a partial refund once the trip has been booked and initial deposit paid.


I, _____ (print name) hereby acknowledge, understand in full, and accept all of the above Payment Terms.


Here is the bank transfer information you'll need to our account in Hong Kong for the deposit:

Worldwide Fun Ltd.
Account number: ███████4-838
Beneficiary Bank Name: HSBC Hong Kong
Beneficiary Bank Address: 1 Queen's Road Central, Hong Kong
Beneficiary Bank Code: 004 (for local payment)
SWIFT Address: HSBCHKHHHKH