

**Jennifer Redmond, Esq.**
Direct Dial: 212.799.8989 (ext. 10)
jredmond@redmondpllc.com

December 4, 2018

**VIA ELECTRONIC CASE FILING**
Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

RE: *Worldwide Fun Ltd., et al. v. Sanuk Enterprises, Inc. et al,*
*1:17-CV-03418 (VEC)*

Dear Judge Caproni:

Please allow this correspondence to serve as a joint response to your Honor's Order of November 27, 2018, directing the parties to submit a joint letter proposing three possible dates for a bench trial in February and March 2019. In lieu of dates for trial, we write jointly to advise the Court that the parties are very close to a resolution of this matter. We anticipate the settlement documents to be executed no later than this Friday, December 7, 2018. To that end, we request until December 7th to inform the Court that the matter has been officially settled.

Thank you.

Respectfully submitted,

Jennifer Redmond

TO: Richard L. Weisz, Esq.
Hodgson Russ LLP
Attorneys for Defendant
677 Broadway, Suite 301
Albany, NY 12207